# Ex. 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KELSEY BRENNAN, et al., individually
and on behalf of similarly situated persons,

    Plaintiffs,

v.                                            Civil Action No.

SUMMER WWK LLC, HL WOODS;
and CHERELLE GEORGE,

    Defendants.

_____

## CONSENT TO JOIN COLLECTIVE ACTION LAWSUIT

Pursuant to 29 U.S.C. § 216(b), I consent to become a party plaintiff in the above-captioned Fair Labor Standards Act case, to be represented by the law firms of Robert S. Giolito PC and Stanford Fagan LLC, and to be bound by the judgment of the Court. I provided compensable services on the motion picture production "Summer When We Were Kings" in Georgia and was not paid for that work.

**Name:** DAWN SNYDER

**Signature:** [signature]

**Address:** [redacted]

**Phone:** [redacted]

**Return Form To:**    Robert S. Giolito PC, 1626 Montana Ave., Ste 201, Santa Monica CA 90403; telephone 310 897 1082, rgiolito@giolitolaw.com