**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KELSEY BRENNAN; KYLE COLEMAN; | : | |
| CARYN FRANKENFIELD; FRANK | : | |
| GALLINE; JOHN A. JOHNSTON; | : | |
| DAWN SNYDER;FREDRICK  WAFF; | : | |
| CORY GERYAK; and SARA RINEY; | : | |
| individually and on behalf of similarly | : | |
| situated persons, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION FILE |
| | : | NO. 1:21-CV-00423-MHC |
| v. | : | |
| | : | |
| | : | |
| SUMMER WWK LLC; HL WOODS, | : | |
| also known as HOWARD WOODS; and | : | |
| CHERELLE GEORGE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## [PROPOSED] ORDER

Before the Court is **PLAINTIFFS' MOTION FOR COSTS OF
SERVICE PURSUANT TO FED.R.CIV.PRO 4(D)(2)**. For good cause shown,
Plaintiffs' Motion for Costs of Service is GRANTED against Defendant HL
Woods, also known as Howard Woods, in the amount of $4,074.00, consisting of
$2,061.50 in service expenses, and $2,012.50 in attorneys' fees incurred in
bringing the above referenced Motion.

IT IS SO ORDERED this _____ day of _____, 2021.


_____
Mark H. Cohen
United States District Judge