# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KELSEY BRENNAN; KYLE COLEMAN; CARYN FRANKENFIELD; FRANK GALLINE; JOHN A. JOHNSTON; DAWN SNYDER; FREDRICK WAFF; CORY GERYAK; and SARA RINEY; individually and on behalf of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>SUMMER WWK LLC; HL WOODS, also known as HOWARD WOODS; and CHERELLE GEORGE,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-00423-MHC |

## SUPPLEMENTAL DECLARATION OF MICHAEL B. SCHOENFELD

1. I, Michael B. Schoenfeld, provide this Supplemental Declaration voluntarily for use in the case of *Brennan et al. v. Summer WWK LLC et al.*, Civil Action No. 1:21-CV-00423-MHC. I am over 18 years of age and have no impairment, either physical or mental, which would prevent me from presenting a truthful and accurate Declaration or which would render me incompetent to testify.

1

2. I spent the following time working on the Motion for Costs of Service, Declaration, and Reply:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 7/6/2021 | Draft Motion for Costs of Service and Declaration; legal research | 4.75 |
| 7/8/2021 | Draft and finalize Motion for Costs of Service and Declaration | 1.0 |
| 7/26/2021 | Review Def Woods' Response in Opp to Motion for Costs of Service; draft Reply in Support of Motion for Costs of Service | 1.0 |
| 7/28/2021 | Draft and finalize Reply in support of Motion for Costs of Service; legal research | 1.0 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of July, 2021.

s/ Michael B. Schoenfeld