IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELSEY BRENNAN; KYLE COLEMAN; CARYN FRANKENFIELD; FRANK GALLINE; JOHN A. JOHNSTON; DAWN SNYDER; FREDRICK WAFF; CORY GERYAK; and SARA RINEY; individually and on behalf of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMER WWK LLC; HL WOODS, also known as HOWARD WOODS; and CHERELLE GEORGE,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-00423-MHC |

**[PROPOSED] ORDER**

Before the Court is **PLAINTIFFS' MOTION FOR COSTS OF SERVICE PURSUANT TO FED.R.CIV.PRO 4(D)(2)**. For good cause shown, Plaintiffs' Motion for Costs of Service is GRANTED against Defendant HL Woods, also known as Howard Woods, in the amount of $4,774.00, consisting of $2,061.50 in service expenses, and $2,712.50 in attorneys' fees incurred in bringing the above referenced Motion.

IT IS SO ORDERED this _____ day of _____, 2021.

_____
Mark H. Cohen
United States District Judge