# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KELSEY BRENNAN; KYLE COLEMAN; CARYN FRANKENFIELD; FRANK GALLINE; JOHN A. JOHNSTON; DAWN SNYDER; FREDRICK WAFF; CORY GERYAK; and SARA RINEY; individually and on behalf of similarly situated persons, | : : : : : : : : : |
| Plaintiffs, | : CIVIL ACTION FILE : NO. 1:21-CV-00423-MHC |
| v. | : : : |
| SUMMER WWK LLC; HL WOODS, also known as HOWARD WOODS; and CHERELLE GEORGE, | : : : : |
| Defendants. | : : |

## STIPULATION OF DISMISSAL OF DEFENDANT CHERELLE GEORGE'S CROSS-CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Plaintiffs and Defendants hereby stipulate to the dismissal of Defendant Cherelle George's cross-claims against Defendants HL Woods and Summer WWK LLC in the above-styled case.

This 18th day of February, 2025.

SO STIPULATED:

*s/ Michael B. Schoenfeld*
Georgia Bar No. 863727
James D. Fagan, Jr.
Georgia Bar No. 253950
STANFORD FAGAN LLC
2540 Lakewood Avenue SW
Atlanta, GA 30315
(404) 622-0521, ext. 2244
michaels@sfglawyers.com
jfagan@sfglawyers.com

*s/ Robert S. Giolito*
Georgia Bar No. 296050
ROBERT S. GIOLITO PC
1626 Montana Ave., Ste 201
Santa Monica, CA 90403
(310) 897-1082
rgiolito@giolitolaw.com

*Counsel for Plaintiffs*

*s/ Kevin D. Fitzpatrick, Jr.*
Georgia Bar No. 262375
DELONG CALDWELL
BRIDGERS FITZPATRICK &
BENJAMIN, LLC
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
404-979-3150 (o)
404-979-3170 (f)
kevin.fitzpatrick@dcbflegal.com

*Counsel for Plaintiffs*

*s/ Michael K. McGuffee*
Georgia Bar No. 720456
William S. Cleveland
Georgia Bar No. 721593
POOLE HUFFMAN, LLC
3562 Habersham at Northlake
Building J, Suite 200
Tucker, Georgia 30084
(404) 373-4008
michaelm@poolehuffman.com
w.cleveland@guilmettepulver.com

*Counsel for Defendant George*

*s/ Douglas H. Duerr*
Georgia Bar No. 231772
ELARBEE, THOMPSON, SAPP
& WILSON, LLP
229 Peachtree Street, N.E.
800 International Tower
Atlanta, GA 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
duerr@elarbeethompson.com

*Counsel for Defendant Woods*

2

Pursuant to LR 7.1 NDGa, the undersigned counsel certifies that the within and foregoing motion was prepared using Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR 5.1 C NDGa.

<u>*s/ Michael K. McGuffee*</u>
Michael K. McGuffee
Georgia Bar No. 720456

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KELSEY BRENNAN; KYLE COLEMAN; CARYN FRANKENFIELD; FRANK GALLINE; JOHN A. JOHNSTON; DAWN SNYDER; FREDRICK WAFF; CORY GERYAK; and SARA RINEY; individually and on behalf of similarly situated persons, | |
| Plaintiffs, | CIVIL ACTION FILE NO. 1:21-CV-00423-MHC |
| v. | |
| SUMMER WWK LLC; HL WOODS, also known as HOWARD WOODS; and CHERELLE GEORGE, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing ***Stipulation of Dismissal of Defendant Cherelle George's Cross-Claims*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 18th day of February, 2025.

                                        **POOLE HUFFMAN, LLC**

                                        *s/ Michael K. McGuffee*
                                        Michael K. McGuffee
                                        Georgia Bar No. 720456